RICHARD H. GRAY, ESQ. (SBN 53641)
RADER, RADER, GOULART & GRAY
2617 "K" Street, Suite 200
Sacramento, CA 95816-5185
Telephone: (916) 446-7577
Facsimile: (916) 446-1057

Attorneys for Defendant
NIELSEN PROPERTY MANAGERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY FITZGERALD and AMBROSIA FITZGERALD, by her guardian ad litem, KELLY FITZGERALD,<br><br>Plaintiffs,<br><br>vs.<br><br>NIELSEN PROPERTY MANAGERS, INC.; EROS RESMINI; and, MANINA RESMINI,<br><br>Defendants. | Case No. 2:05-CV-00119-MCE-PAN<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON** |

In accordance with Rule 83-182(g) of the Local Rules of Practice of this Court, defendant NIELSEN PROPERTY MANAGERS, INC. hereby substitutes Ronald S. Bushner, Esq., CSB No. 98352, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 650 California Street, 14th Floor, San Francisco, California 94108-2718, telephone (415) 433-0990, facsimile (415) 434-1370 as its attorney of record herein in the place of Richard H. Gray, Esq. of the law firm of Rader, Rader, Goulart & Gray LLP.

                                                    NIELSEN PROPERTY MANAGERS, INC.

Dated: May ___, 2005        By: _____
                                                        PAT NIELSEN, President

I consent to the foregoing substitution.

                                       RADER, RADER, GOULART & GRAY LLP

Dated: May ___, 2005        By: _____
                                              RICHARD H. GRAY, Former Attorney

I accept the foregoing substitution.

                                       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: May ___, 2005        By: _____
                                              RONALD S. BUSHNER, New Attorney

**ORDER**

IT IS SO ORDERED.

Dated: May 26, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE