1    BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Liza Cristol-Deman (SBN 190516)
     Post Office Box 686
3    Pescadero, California 94060
     Tel:    (650) 879-0141
4    Fax:    (650) 879-1103

5    STEPHEN E. GOLDBERG (SBN 173499)
     Attorney at Law
6    1100 Howe Avenue, Suite 542
     Sacramento, CA 95825
7    Tel:    (916) 565-1225

8    Attorneys for Plaintiffs

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12
     KELLY FITZGERALD and           )    Case No.  2:05-CV-00119-MCE-PAN
13   AMBROSIA FITZGERALD, by        )
     her guardian ad litem, KELLY   )    JOINT APPLICATION AND
14   FITZGERALD,                    )    STIPULATION FOR ISSUANCE OF
                                     )    PROTECTIVE ORDER; [PROPOSED]
15            Plaintiffs,           )    ORDER
                                     )
16        vs.                       )
                                     )
17   NIELSEN PROPERTY MANAGERS,      )
     INC.; EROS RESMINI; and, MANINA )
18   RESMINI,                       )
                                     )
19            Defendants.           )
     _____)

20

21          The parties to this action, by and through their respective counsel, hereby apply for

22   and stipulate to the issuance of the protective order attached hereto.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1     Plaintiffs' counsel attests that this document is acceptable to all parties required to

2  sign below.

3                                                    Respectfully submitted,

4                                                    BRANCART & BRANCART
                                                     STEPHEN E. GOLDBERG
5
      Dated: June ___, 2005.
6

7  _____
                                                     Liza Cristol-Deman
                                                     Brancart & Brancart
8                                                    Attorneys for Plaintiffs

9
                                                     WILSON, ELSER, MOSKOWITZ,
10                                                     EDELMAN & DICKER LLP

11     Dated: June ___, 2005.

12  _____
                                                     Tanya X. Johnson
13                                                   Attorney for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## PROTECTIVE ORDER

**IT IS HEREBY ORDERED THAT:**

1.  As used in this Protective Order, "Confidential Information" means:

(a)  The last names, addresses, telephone numbers, and social security numbers of fair housing testers who participated in the investigation conducted by the Housing Rights/Fair Housing Commission of Sacramento at the rental premises that is the subject of the above-captioned matter;

(b)  Documents created or maintained by the Housing Rights/Fair Housing Commission of Sacramento that reflect the methodology used for investigating housing complaints, including the methodology used in the investigation at the rental premises that is the subject of this matter;

(c)  The last names, social security numbers, and financial information of defendants' tenants, former tenants, and rental applicants;

(d)  Defendants' financial information.

2.  The Confidential Information described above is properly subject to protection under Rule 26(c) of the Federal Rules of Civil Procedure.  Counsel shall not designate any discovery material "CONFIDENTIAL" without first making a good faith determination that protection is warranted and that the material falls into one of the four specific categories listed in paragraph 1, above.

3.  If a party wishes to challenge the designation of a document or portion of a document as "CONFIDENTIAL," the party challenging the designation shall meet and confer in good faith with the designating party in an attempt to resolve the dispute.  If the parties are unable to resolve their dispute, the party seeking confidentiality may file a motion with the Court seeking adjudication of the matter under F.R.C.P. 26(c).  The party seeking confidentiality has the burden of establishing that protection is warranted under F.R.C.P. 26(c).

4.  Confidential Information shall be disclosed by the parties and their counsel only in accordance with the terms of this Protective Order and shall be used solely for the

1  purposes of this action and shall not be used by the parties or their counsel for any other

2  purpose.

3         5.     Confidential Information shall not be disclosed by the parties or their counsel

4  to anyone other than the Court and its officers, government officials associated with this

5  action, counsel and their agents and employees, including investigators, and the parties,

6  all of whom shall be advised of, and bound by, the terms of this Protective Order.  Counsel

7  may also disclose Confidential Information to qualified third-parties retained to assist in the

8  prosecution, defense, or settlement of this action, such as investigators and expert

9  witnesses.  Anyone (other than the Court and its personnel) who receives Confidential

10  Information shall be provided with a copy of this Protective Order and shall sign the Non-

11  Disclosure Agreement in the form of Attachment 1.

12         6.     To the extent feasible, any party filing any document that contains

13  Confidential Information shall redact all Confidential Information before filing.  Only such

14  pages or exhibits or portions thereof that are designated by the parties as Confidential

15  Information shall be lodged under seal. If the filing party believes that Confidential

16  Information is necessary to adjudicate the matter or redacting is otherwise not feasible, the

17  filing party must file the document with the Court in a sealed envelope with the following

18  label:

19                                   **"Confidential Information**

20                    **Filed Under Seal Pursuant to Protective Order**

21                    **Fitzgerald vs. Nielsen Property Managers et al.**

22                        **Case No. 2:05-CV-00119-MCE-PAN**

23                              **[Title of Document]"**

24  The sealed envelope shall be filed with instructions stating that the document is being filed

25  pursuant to this Protective Order and that it shall not be opened absent further order of the

26  Court.

27         7.     Prior to hearings or testimony before the Court in this case, the parties, in the

28  event that it is known reasonably in advance of such hearing or testimony that matters

1   involving Confidential Information will be raised, shall so advise the Court.

2       8.      Nothing in this Protective Order shall affect the admissibility of any

3   Confidential Information in this action.

4       9.      Within 30 days after the termination of this action all Confidential Information

5   produced by a party shall be returned to that party's counsel.

6       10.     Nothing in this Protective Order shall be construed to unduly hamper the

7   rights of the parties to prosecute and defend this action.  Nothing in this Protective Order

8   shall preclude any party from moving the Court for modification of any terms and conditions

9   thereof.  Any party may, at any time, move the Court for modification of this Protective

10  Order.

11      11.     This Protective Order shall survive the final termination of this action.  The

12  Court shall retain jurisdiction to enforce this Protective Order for six months after the final

13  termination to resolve any dispute concerning the use of Confidential Information.

14      IT IS SO ORDERED.

15      DATED: June 23, 2005.

16

17

18  _____

19  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

5

**ATTACHMENT 1**

**NON-DISCLOSURE AGREEMENT**

I, _____, do solemnly swear that I am fully familiar with the terms of the stipulated protective order entered in <u>Fitzgerald v. Nielsen Property Managers, et al.</u>, United States District Court, Eastern District of California, Case Number 2:05-CV-00119-MCE-PAN, and hereby agree to comply with and be bound by the terms and conditions of this order unless and until modified by further order of this Court.  I hereby consent to the jurisdiction of this Court for the purpose of enforcing this order.

Dated: _____.

_____
Signature

6