1  BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2  Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, California 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103

5  STEPHEN E. GOLDBERG (SBN 173499)
   Attorney at Law
6  1100 Howe Avenue, Suite 542
   Sacramento, CA 95825
7  Tel:   (916) 565-1225

8  Attorneys for Plaintiffs

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| **KELLY FITZGERALD and AMBROSIA FITZGERALD, by her guardian ad litem, KELLY FITZGERALD,**<br><br>       **Plaintiffs,**<br><br>   v.<br><br>**NIELSEN PROPERTY MANAGERS, INC.; EROS RESMINI; and, MANINA RESMINI,**<br><br>       **Defendants.** | Case No.  2:05-CV-00119-MCE-PAN<br><br>**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

21      The parties hereby apply for and stipulate to issuance of an order dismissing this

22  action in its entirety with prejudice, subject to the terms of the consent decree issued

23  by this Court and the mutual release executed by the parties.

24      So stipulated.

25
                                          BRANCART & BRANCART
26                                        STEPHEN E. GOLDBERG

27      Dated: July 7, 2005.

28                                        _____
                                          Liza Cristol-Deman
                                          Brancart & Brancart
                                          Attorneys for Plaintiffs

                                            WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Dated: July 7, 2005.

_____
Tanya X. Johnson
Attorney for All Defendants

## ORDER

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the terms of the consent decree issued by this Court and the mutual release executed by the parties.

IT IS SO ORDERED.

Dated: July 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2